CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>    Plaintiff,<br>v.<br>SUNIL K. KHARBANDA, in individual and representative capacity as trustee of the Sunil K. and Renu Kharbanda Living Trust, U/A dated November 15, 2016; RENU KHARBANDA, in individual and representative capacity as trustee of the Sunil K. and Renu Kharbanda Living Trust, U/A dated November 15, 2016; SEVEN PLUS MARKETS, INC., a California Corporation; and Does 1-10,<br>    Defendants. | **Case:** 5:19-CV-03450-SVK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Sunil K. Kharbanda; Renu Kharbanda and Seven Plus Markets, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 30, 2019        CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff